UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 19-10136-DMG (FFMx)** | Date  May 16, 2022 |
| Title  *Patrick Rojas v. American Honda Motor Co. Inc., et al.* | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

In light of the parties' stipulation of dismissal filed on May 16, 2022 [Doc. # 103], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party to bear its own costs, expenses, and fees. All scheduled dates and deadlines are vacated.

IT IS SO ORDERED.